*Friday,
December 23.*

THE STATE *v.* LOCKSTAND.

APPEAL from the *Tippecanoe* Court of Common Pleas.
STUART, J.—This case is headed "nuisance." Motion
to quash correctly sustained for the reasons given in *The
State* v. *Hurley*, at the present term. (1)

Per Curiam.—The judgment is affirmed.

*L. Reilly*, for the state.

(1) Another case of the state against the same party was affirmed, on
the same day, for the reasons given in this case.

---

THE STATE *v.* LOCKSTAND.

*Friday,
December 23.*

APPEAL from the *Tippecanoe* Court of Common Pleas.
STUART, J.—This case, like *The State* v. *Hurley*, is for
retailing liquor; under what part or section of the liquor
law we have not been able to determine. For the rea-
sons given in that case and in *Brutton* v. *The State*,
and *The State* v. *Miles*, at the present term, the action
of the Court in quashing the information was correct.

Per Curiam.—The judgment is affirmed.